IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JIMMY R. JONES                                                                           PLAINTIFF

v.                      Civil No. 05-2059

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                    DEFENDANT

## **MEMORANDUM OPINION**

Plaintiff Jimmy R. Jones brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying his application for a period of disability or disability insurance benefits. The defendant filed an answer to the complaint on June 14, 2005, asserting that the findings of the Commissioner were supported by substantial evidence and conclusive.

On September 1, 2005, the Commissioner, having changed positions, filed a motion requesting that plaintiff's case be remanded pursuant to "sentence four" of section 405(g) in order that the Administrative Law Judge (ALJ) may conduct further administrative proceedings, re-evaluate plaintiff's subjective complaints and obtain additional medical evidence. We have telephonically verified that plaintiff's attorney has no objection to the motion.

The exclusive methods by which a district court may remand a social security case to the Commissioner are set forth in "sentence four" and "sentence six" of 42 U.S.C. § 405(g). A remand pursuant to "sentence six" is limited to two situations: where the Commissioner requests a remand before answering the complaint, or where the court orders the Commissioner to consider, new, material evidence that was for good cause not presented before the agency. The Fourth sentence of

the statute provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); *Shalala v. Schaefer*, 509 U.S.292, 296, 113 S.Ct. 2625 (1993).

Here, we remand this case so that the ALJ may conduct further proceedings in order to obtain an explanation as to the weight given Dr. Holder's opinion, further consider the weight given Dr. Honghiran's opinion, and obtain supplemental vocational evidence. Accordingly, we direct that judgment be entered reversing the decision of the ALJ and remanding this case to the Commissioner pursuant to "sentence four" of 42 U.S.C. § 405(g).

**CONCLUSION**

Based on the foregoing, we reverse the decision of the ALJ and remand this case to the Commission for further administrative action pursuant to "sentence four" of section 405(g).

DATED this 6th day of September 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE